IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARVIN WAYNE COFFEY**<br>5430 Lynx Lane, No. 265<br>Columbia, Maryland 21044 | : | |
| | : | Civil Action No. LO-2-CV-2300 |
| | : | |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| **ATLANTIC COAST AIRLINES**<br>515 Shaw Road<br>Dulles, Virginia 20166 | : | |
| | : | |
| **Defendant** | : | |

: : :

### DISMISSAL WITHOUT PREJUDICE

Plaintiff Marvin Wayne Coffey, by his attorney, Frederick P. Charleston, Esq., pursuant to Rule 41(a)(1), F.R.Civ.P., hereby dismisses the above complaint without prejudice.

Respectfully Submitted,

*[signature]*

Frederick P. Charleston, Esq.
Attorney at Law
2530 N. Charles Street, Ste. 201
Baltimore, Maryland 21218
(410) 662-0010
Fed. Ct. Bar No. 02933

APPROVED THIS _8_ DAY OF _Nov. 2002_

*[signature]*
BENSON EVERETT LEGG, U.S.D.J.